**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| GARY L. GREGG AND MARY E. GREGG, | : | No. 490 WAL 2018 |
| Respondents | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., RIVERSOURCE LIFE INSURANCE COMPANY AND ROBERT A. KOVALCHIK, | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioners, is:

> Whether the Superior Court improperly held that a strict liability standard applies to a claim under the "catch-all" provision of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. §§ 201-1 *et seq* as amended in 1996, even though the provision expressly requires proof of "fraudulent or deceptive conduct."

The Application for Leave to File Statement in Support of Petition for Allowance of Appeal is **DENIED** as moot.